ROY D. OLOFSON, by CARL J. OLOFSON, His Guardian ad Litem, Appellant, *v.* GERTRUDE W. OLOFSON, by ALLEN J. WHEELER, Her Guardian ad Litem, Respondent.

*Appeal — order of Appellate Division modifying order of Special Term granting motion for alimony and counsel fees in action for annulment of marriage — appeal therefrom dismissed.*

*Olofson* v. *Olofson*, 201 App. Div. 878, appeal dismissed.
(Submitted October 6, 1922; decided October 24, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 17, 1922, which modified and affirmed as modified an order of Special Term granting a motion for alimony and counsel fees in an action to annul a marriage.

*Joseph F. Rice* and *Arthur E. Laudenslager* for appellant. *Arthur H. Hitchcock* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.